John L. Haller, California Bar No. 61392
Susan . Meyer, Califlrnia Bar Number 204931
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
619-696-6700
619-696-7124 FAX
jhaller@gordonrees.com
smeyer@gordonrees.com
vcafferky@gordonrees.com

Attorneys for Defendant,
CAS ENTERPRISES, INC.
D/B/A KREG TOOL COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>10<br>CAS ENTERPRISES, INC., an Iowa corporation; d/b/a KREG TOOL COMPANY<br><br>Defendant. | CIVIL NO. 08-CV-0385 DMS NLS<br><br>DECLARATION OF TODD SOMMERFELD IN SU[P[ORT OF MOTION FOR CHANGE OF VENUE<br><br>DATE: MAY 30, 2008<br><br>TIME: 1:30 P,M,<br><br>PLACE: COURTROOM 10<br><br>JUDGE: HON. DANA M. SABRAW<br><br>MAGISTRATE JUDGE: HON. NITA L. STORMES |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, AN INDIVIDUAL,<br><br>PLAINTIFF,<br><br>VS.<br><br>CAS ENTERPRISES, INC.<br>AN IOWA CORPORATION<br>D/B/A KREG TOOL COMPANY<br><br>DEFENDANT. | CIVIL NO. 08-CV-0385 DMS NLS<br><br>DECLARATION OF TODD A. SOMMERFELD IN SUPPORT OF DEFENDANT'S MOTION FOR CHANGE OF VENUE UNDER 28 U.S.C. § 1404(a) |

I, Todd A. Sommerfeld, state and declare as follows:

1. I am the President of CAS Enterprises, Inc. d/b/a Kreg Tool Company ("Kreg Tool").
2. Kreg Tool is an Iowa corporation located in Huxley Iowa.
3. Kreg Tool has more than eighty five employees, all of whom are located in Iowa.
4. The first pocket hole jig invented by my Father, Craig Sommerfeld, was invented in 1983. As far as I know, my Father's 1983 invention was the first pocket hole jig.
5. A pocket hole jig is a woodworking tool that enables a craftsman to join boards with screws very quickly with only a few steps. Pocket hole jigs are commonly used to make cabinets, furniture, decks and can be used in nearly any situation where two boards need to be joined together.
6. Kreg Tool has been selling pocket hole jigs since 1989. Kreg Tool developed and sold many models of pocket hole jigs in the last twenty years, and has designed numerous prototype jigs. All of this work was done in the State of Iowa, and all prototypes are located in Iowa.
7. The Model K3 was designed, and is manufactured and sold by Kreg Tool.
8. On April 20, 2007 I contacted Joon Park to inquire whether he would be interested in selling U.S. Patent No. 6,637,988 ("the '988 patent") and U.S. Patent No. 7,134,814 ("the '814

patent"). We were unable to come to an agreement. When I talked to Joon Park, it was my understanding that he was at his home in Glendale, California. After that I had no contact or communication with Joon Park, until we learned of this lawsuit.

9. Kreg Tool is an Iowa corporation, and all of its offices and manufacturing facilities are located in Huxley, Iowa.

10. The Model K3 was designed in Iowa.

11. The Model K3 is manufactured and shipped from Iowa.

12. All of Kreg Tool's business records are located in Iowa.

13. All of Kreg Tool's officers and employees are located in Iowa except for one New York employee.

14. I have identified at least fifteen (15) witnesses, who may give testimony in this case all of whom reside in Iowa. Those witnesses are:

Todd Sommerfeld – Kreg Tool
Craig Sommerfeld – Kreg Tool
Brad Lilienthal – Kreg Tool
Scott Clark – Kreg Tool
Scott Schaaf – Kreg Tool
Rick Bentrott – Kreg Tool
Don Brendeland – former Kreg Tool employee
Joel Hansen – former Kreg Tool employee
Jim Boelling – former Kreg Tool employee
Neil Ziegmann – former Kreg Tool salesperson
Jeff Ziegmann – former Kreg Tool salesperson
Barbara Clark – Patent attorney
Jon Lovelace – R&D Engineering
Rod Murray – R&D Engineering
Dennis Hokel – Hokel Machine Supply

15. I am aware that Joon Park has commenced two additional patent cases *Park v. CMT* Case No. 08-cv-0668, and *Park v. Penn State Industries* case No. 08-cv-0667, and have read those complaints. There is no relationship or association between Kreg Tool's K3 product, and Penn State's Model PHJIG3, PHJIG3-EW, E-10283 and E-10298A jigs or CMT's Model "Pocket Pro" jig, that Joon Park is claiming infringe his patents.

16. Kreg Tool has no offices or any type of facilities in San Diego County, California.