John L. Haller, California Bar No. 61392
Susan B. . Meyer, California Bar Number 204931
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
619-696-6700
619-696-7124 FAX
jhaller@gordonrees.com; vcafferky@gordonrees.com
smeyer@gordonrees.com

Attorneys for Defendant,
CAS ENTERPRISES, INC.
D/B/A KREG TOOL COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual,<br><br>Plaintiff,<br><br>VS.<br><br>10<br>CAS ENTERPRISES, INC., an Iowa corporation; d/b/a KREG TOOL COMPANY<br><br>Defendant. | CIVIL NO. 08-CV-0385 DMS (NLS)<br><br>DECLARATION OF JOHN L.HALLER IN SUPPORT OF DEFENDANT CAS ENTERFPRISES' MOTION FOR CHANGE OF VENUE UNDER 28 U.S.C. § 1404(a)<br><br>DATE: MAY 30, 2008<br><br>TIME: 1:30 P,M,<br><br>PLACE: COURTROOM 10<br><br>JUDGE: HON. DANA M. SABRAW<br><br>MAGISTRATE<br>JUDGE: HON. NITA L. STORMES |

I, John Haller, state and declare as follows:

1. I am a partner in the law firm of Gordon & Rees, LLP, and I am one of the attorneys representing CAS Enterprises, Inc. d/b/a Kreg Tool Company in this lawsuit.
2. Attached as Exhibit A to this declaration is a true and correct copy of a Caseload Profile report for the United States District Court for the Southern District of California I downloaded from a U.S. Courts web site I found at http://www.uscourts.gov/library/statisticalreports.html.
3. Attached as Exhibit B to this declaration is a true and correct copy of a Caseload Profile report for the United States District Court for the Southern District of Iowa I downloaded from a U.S. Courts web site I found at http://www.uscourts.gov/library/statisticalreports.html.

I state under penalty of perjury that the forgoing is true and correct.

Date: May 1, 2008

/s/ John L. Haller
John Haller