# EXHIBIT A TO JOHN HALLER DECLARATION

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2829 | 76 | 68 | 852 | 63 | 17 | 97 | 269 | 163 | 183 | 509 | 13 | 519 |
| Criminal* | 3295 | 736 | 431 | 1887 | 35 | 111 | 26 | 17 | 1 | 5 | 21 | 9 | 16 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA SOUTHERN | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,371 | 6,845 | 6,566 | 7,964 | 8,202 | 8,360 | | |
| | Terminations | | 7,822 | 6,389 | 6,694 | 8,034 | 8,106 | 8,191 | | |
| | Pending | | 3,942 | 3,776 | 3,324 | 3,506 | 3,592 | 3,522 | | |
| | % Change in Total Filings | Over Last Year | 7.7 | | | | | | 14 | 4 |
| | | Over Earlier Years | | 12.3 | -7.5 | -10.1 | -11.8 | | 58 | 12 |
| Number of Judgeships | | | 13 | 13 | 13 | 13 | 13 | 8 | | |
| Vacant Judgeship Months** | | | 11.6 | 12.0 | 12.0 | 9.1 | 12.3 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 567 | 527 | 504 | 612 | 631 | 1,045 | 16 | 5 |
| | | Civil | 218 | 220 | 208 | 219 | 217 | 357 | 72 | 9 |
| | | Criminal Felony | 254 | 209 | 193 | 262 | 274 | 437 | 5 | 2 |
| | | Supervised Release Hearings** | 95 | 98 | 103 | 131 | 140 | 251 | 3 | 2 |
| | Pending Cases | | 303 | 290 | 256 | 270 | 276 | 440 | 70 | 10 |
| | Weighted Filings** | | 439 | 421 | 387 | 481 | 478 | 785 | 45 | 9 |
| | Terminations | | 602 | 491 | 515 | 618 | 624 | 1,024 | 10 | 3 |
| | Trials Completed | | 30 | 23 | 29 | 25 | 23 | 40 | 16 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 4.3 | 3.9 | 4.2 | 3.3 | 3.3 | 3.8 | 2 | 1 |
| | | Civil** | 5.9 | 6.6 | 6.3 | 6.9 | 6.5 | 6.4 | 6 | 1 |
| | From Filing to Trial** (Civil Only) | | 24.0 | 33.0 | 25.4 | 30.0 | 23.5 | 21.0 | 43 | 6 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 111 | 153 | 138 | 97 | 94 | 92 | | |
| | | Percentage | 5.2 | 6.9 | 7.1 | 4.7 | 4.4 | 4.3 | 53 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 55.77 | 53.64 | 58.66 | 59.13 | 55.51 | 58.29 | | |
| | | Percent Not Selected or Challenged | 43.5 | 42.2 | 44.5 | 44.5 | 45.3 | 44.3 | | |

## 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

# EXHIBIT B TO JOHN HALLER DECLARATION

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 779 | 119 | 20 | 226 | 17 | 22 | 35 | 72 | 53 | 33 | 133 | 4 | 45 |
| Criminal* | 434 | 3 | 126 | 49 | 103 | 90 | 12 | 23 | 4 | 4 | 4 | 2 | 14 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| IOWA SOUTHERN | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,273 | 1,227 | 1,368 | 1,415 | 1,306 | 1,261 | | |
| | Terminations | | 1,213 | 1,262 | 1,356 | 1,355 | 1,219 | 1,301 | | |
| | Pending | | 1,243 | 1,233 | 1,258 | 1,234 | 1,153 | 1,083 | | |
| | % Change in Total Filings | Over Last Year | | 3.7 | | | | | 28 | 3 |
| | | Over Earlier Years | | | -7.0 | -10.0 | -2.5 | 1.0 | 36 | 5 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months** | | | 4.0 | .0 | .0 | .0 | .0 | 4.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 425 | 409 | 456 | 472 | 436 | 421 | 46 | 7 |
| | | Civil | 260 | 282 | 322 | 341 | 317 | 309 | 58 | 8 |
| | | Criminal Felony | 145 | 110 | 124 | 113 | 103 | 94 | 8 | 3 |
| | | Supervised Release Hearings** | 20 | 17 | 10 | 18 | 16 | 18 | 56 | 9 |
| | Pending Cases | | 414 | 411 | 419 | 411 | 384 | 361 | 33 | 3 |
| | Weighted Filings** | | 454 | 420 | 480 | 506 | 467 | 474 | 43 | 4 |
| | Terminations | | 404 | 421 | 452 | 452 | 406 | 434 | 56 | 7 |
| | Trials Completed | | 50 | 43 | 32 | 35 | 33 | 27 | 2 | 1 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.1 | 11.5 | 8.5 | 8.6 | 7.9 | 7.1 | 73 | 9 |
| | | Civil** | 10.3 | 10.4 | 10.9 | 10.7 | 10.5 | 11.6 | 65 | 4 |
| | From Filing to Trial** (Civil Only) | | - | 24.0 | 19.0 | 19.0 | - | 26.0 | - | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 41 | 60 | 35 | 30 | 22 | 20 | | |
| | | Percentage | 5.1 | 7.0 | 3.8 | 3.2 | 2.4 | 2.4 | 52 | 9 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.3 | 1.4 | 1.4 | 1.4 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 46.24 | 41.25 | 43.13 | 43.67 | 39.53 | 37.45 | | |
| | | Percent Not Selected or Challenged | 36.5 | 29.5 | 35.0 | 34.4 | 33.9 | 29.7 | | |

**2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**