# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK,<br><br>                                       Plaintiff,<br>  vs.<br><br>CAS ENTERPRISES, INC dba KREG TOOL COMPANY,<br><br>                                       Defendant. | CASE NO. 08-cv-0385 DMS (NLS)<br><br>**ORDER RE ORAL ARGUMENT** |

Pending before the Court is Defendant's Motion to Transfer Venue under 28 U.S.C. § 1404(a), currently scheduled for hearing on May 30, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: May 29, 2008

                                                        HON. DANA M. SABRAW
                                                        United States District Judge